CHICAGO—FIRST DISTRICT—MARCH, 1917.    297

Sherardizing Co. of Ill. v. Federal Sign System, 204 Ill. App. 297.

## Sherardizing Company of Illinois, Appellant, v. Federal Sign System, Appellee.

### Gen. No. 22,709.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 12, 1917.

### Statement of the Case.

Action by the Sherardizing Company of Illinois, a corporation, plaintiff, against the Federal Sign System, defendant, to recover for services in "sherardizing" certain metal rings delivered by the defendant to the plaintiff for that purpose, to which the defendant filed a set-off, claiming a part of said rings were spoiled and made useless. From a judgment for defendant for $57.68, plaintiff appeals.

Plaintiff's statement of claim set forth one item of $35.22, which the defendant admitted to be correct, and another item of $7.26 as to goods which the defendant claimed to have been spoiled and made useless, and for which it claimed a loss of $92.80.

MEYER SHAPIRO, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

SET-OFF AND RECOUPMENT, § 40*—*when evidence is sufficient to warrant finding in favor of defendant on set-off.* Evidence *held* to warrant the finding in favor of the defendant on set-off for loss of certain metal rings delivered to the plaintiff by the defendant for a "sherardizing" or zinc covering process, in an action to recover for services in such process.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number,